In the Matter of ALBERT F. McCARTHY. In the Matter of the Application of ETHEL V. McCARTHY, Respondent, for an Order Directing THE NATIONAL CITY BANK OF TROY, as Committee of the Property of ALBERT F. McCARTHY, an Incompetent Person, to Render a Second Intermediate Judicial Account of Its Proceedings, Appellant.— Appeal from an order directing an account by the committee of an incompetent. The estate amounts to the sum of between five and six hundred thousand dollars as indicated by the last judicial settlement. A substantial amount of the estate was not satisfactorily accounted for in the last judicial

settlement. Order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.